

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2014

No. 04-14-00269-CV

Andrea **COLLIE**,
Appellant

v.

**IBEX STAFFING SOLUTIONS, INC.** and Pronto General Agency, Ltd. d/b/a Pronto Insurance,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 376802
Honorable Tina Torres, Judge Presiding

## O R D E R

The appellees' brief was originally due to be filed on September 15, 2014. The appellees' first motion for extension of time was granted, extending the deadline for filing the brief to October 15, 2014. On October 9, 2014, the appellees filed a motion requesting an additional extension of time to file the brief until November 14, 2014, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLEES WILL BE GRANTED**. The appellees' brief must be filed by November 14, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court